IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JAHEIM MACKON                                                              PLAINTIFF

v.                              Case No. 6:25-cv-06140

ORCU                                                                        DEFENDANT

## ORDER

Before the Court is a Report and Recommendation filed on March 18, 2026, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. (ECF No. ).  Judge Ford recommends that Plaintiff's Complaint be dismissed without prejudice for failure to prosecute and for failure to comply with the Court's Orders.

Plaintiff has not responded to the Report and Recommendation, and the time to do so has passed.  *See* 28 U.S.C. § 636(b)(1).  Upon review, finding no clear error on the face of the record and that Judge Ford's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 9) *in toto*.  Accordingly, the Court finds that Plaintiff's Complaint should be and hereby is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 10th day of April, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge